**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

South Carolina Department of Social Services,
Respondent,

v.

Shawna Rene O. and David S., of whom David S., is the
Petitioner.

In the interest of two minor children under the age of 18.

Appellate Case No. 2011-201426

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Aiken County
Peter R. Nuessle, Family Court Judge

---

Memorandum Opinion No. 2012-MO-027
Heard June 7, 2012 – Filed July 11, 2012

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Scott J. Klosinski, of Klosinski Overstreet, of Augusta,
GA., for Petitioner.

Amanda Frances Whittle, of Aiken,  for Respondent.

---

**PER CURIAM:**  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**